**Exhibit A to the Complaint**

**Location:** Holland, MI  
**Total Works Infringed:** 53  
**IP Address:** 107.4.47.226  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 44EE8007D31DF8D2883B228679B50BB1595A5667 | Blacked | 08/05/2018 17:24:02 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 2 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | Blacked | 01/31/2018 00:53:14 | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 3 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/23/2018 18:36:54 | 07/19/2018 | 09/01/2018 | 16920689708 |
| 4 | 082C43A6A41C30507682EB32F25A418C5223436D | Blacked | 05/05/2018 07:59:01 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 5 | 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9 | Blacked | 12/29/2017 11:33:50 | 04/15/2017 | 06/15/2017 | PA0002037563 |
| 6 | 15C136FD669CA9C80B4E237669204B1A58B0D189 | Blacked | 05/05/2018 01:53:20 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 7 | 1A39E8D1A9F6C849073CE98ED44EE8183CD834F2 | Blacked | 05/05/2018 11:35:47 | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 8 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/21/2017 02:29:34 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 9 | 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5 | Blacked | 05/05/2018 03:25:59 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 10 | 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 | Blacked | 01/31/2018 00:45:00 | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 11 | 2E22088D0C4283B905FACB9C0780EDDEAA60F1FD | Vixen | 06/02/2018 04:19:19 | 05/04/2018 | 05/19/2018 | 16665915546 |
| 12 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | Blacked | 06/01/2018 19:17:45 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 13 | 2FB77FD5F414A077B6A9ABBD094E60D60C18311D | Blacked | 05/05/2018 02:16:55 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 14 | 3D4C3A5F21D73CD9B686B22EC8B731AAAD2C2B34 | Blacked | 05/05/2018 04:36:13 | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 15 | 400E090F4802B871662C556A82ABFC945392215F | Blacked | 06/08/2018 01:20:18 | 05/15/2018 | 05/19/2018 | 16665888065 |
| 16 | 42064927065CA6032B9376AF4224EB3BC3E412DD | Blacked | 06/05/2018 00:36:56 | 05/20/2018 | 06/30/2018 | 16761912270 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | Vixen | 05/07/2018 18:46:16 | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 18 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 09/06/2017 01:25:24 | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 19 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | Blacked | 08/06/2018 03:09:32 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 20 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 06/02/2018 04:44:57 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 21 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 12/29/2017 06:50:04 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 22 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | Blacked | 08/06/2018 03:28:02 | 07/09/2018 | 07/15/2018 | 16822147171 |
| 23 | 6A6084624F5CC5D9C0887AC02E58EE94D6989C29 | Blacked | 06/05/2018 04:27:51 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 24 | 6C38232F41EA64DAA5575DD592D16021BEEE98A2 | Blacked | 06/01/2018 19:10:47 | 05/24/2018 | 06/30/2018 | 16761900432 |
| 25 | 6EDFF0FD25996279602763D6F1D680D8CB363457 | Vixen | 06/05/2018 02:26:39 | 05/24/2018 | 06/30/2018 | 16755462372 |
| 26 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 09/01/2017 02:32:54 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 27 | 74488841FBB42F946CD4154C276090AF77E5334A | Blacked | 07/31/2017 02:11:21 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 28 | 7EFCFD91225A41938303C1D60DB2583BC4A5AFF6 | Blacked | 07/23/2018 18:54:35 | 07/14/2018 | 07/19/2018 | 16822264220 |
| 29 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 02/03/2018 12:59:32 | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 30 | 8D2EFF22392159795F468C91719C1C252C255924 | Blacked Raw | 05/08/2018 02:30:23 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 31 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 05/05/2018 04:35:26 | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 32 | 9C3CDA611F2C9DCA49762631254C9E81781578DE | Blacked | 12/22/2017 12:51:43 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 33 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 09/01/2017 02:34:02 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 34 | AFBFE2B21225663F8979BD961427F1FAA1E5A409 | Blacked | 06/05/2018 01:11:18 | 05/30/2018 | 06/30/2018 | 16758569284 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | B5E2089BD88F5B29E059EAF5C2E621B3B5008919 | Blacked | 08/05/2018 17:40:09 | 07/04/2018 | 07/15/2018 | 16822264526 |
| 36 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 09/06/2017 00:55:12 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 37 | C688832FC38778E650889B646710CDEF06A10719 | Blacked | 07/20/2017 05:06:24 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 38 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 02/03/2018 11:22:05 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 39 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 09/06/2017 04:08:31 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 40 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 07/20/2017 04:43:52 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 41 | D1E701E78580DEB7DF8E840C1325FAAC7E7CD364 | Blacked | 06/05/2018 01:02:43 | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 42 | D62650B301D2A81356613A6E0325CE34B399EDCF | Blacked | 07/20/2017 05:38:07 | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 43 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/15/2017 16:37:22 | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 44 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 02/03/2018 11:30:08 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 45 | E47F7819E387006EB1D77B9898FF77A04FEDF08E | Blacked Raw | 02/03/2018 10:55:05 | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 46 | E624078D6EFCDFA76F06EA9E4048E05FF7C600C5 | Blacked | 09/04/2017 13:38:15 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 47 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 09/06/2017 02:14:24 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 48 | EE39528C7065FF52B465D599BA395BF972CD06E6 | Blacked | 09/06/2017 02:55:52 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 49 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 08/05/2018 17:22:50 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 50 | F0310DE0CA3D0D5F0B9E1A72B974400A25224DCB | Blacked | 09/01/2017 02:30:53 | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 51 | F3C5DFA0ED6A4DC30873BB5B05AC14E0B01F6B21 | Blacked Raw | 06/05/2018 01:32:49 | 05/22/2018 | 06/30/2018 | 16758501976 |
| 52 | F7479DF34AAC4301BFEEACE6A3872B78BEB7F9B5 | Blacked | 08/06/2018 03:43:44 | 07/29/2018 | 09/01/2018 | 16920624042 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | FD5ABF292843D43CEDA28F325E6304367B025169 | Blacked | 12/22/2017 13:00:04 | 12/16/2017 | 01/24/2018 | PA0002101762 |